IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TUXIS TECHNOLOGIES, LLC,  )<br>  )<br>   Plaintiff,  )<br>  )<br>        -vs.-  )<br>  )<br>AMAZON.COM, INC.,  )<br>  )<br>   Defendant.  )<br>  ) | The Honorable Richard G. Andrews<br><br>Case No. 1:13-cv-01771-RGA |

**MOTION OF AMAZON.COM, INC.
TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Amazon.com, Inc. hereby respectfully moves to dismiss the complaint in the above action, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim. The grounds for this motion are fully set forth in the accompanying opening brief.

*Of Counsel*:

William H. Baumgartner, Jr.
wbaumgartner@sidley.com
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
(302) 853-7000

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (#2114)
sbalick@ashby-geddes.com
Tiffany Geyer Lydon (#3950)
tlydon@ashby-geddes.com
Andrew C. Mayo (#5207)
amayo@ashby-geddes.com
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

Counsel for Defendant
AMAZON.COM, INC.

Joseph R. Guerra
jguerra@sidley.com
Michael R. Franzinger
mfranzinger@sidley.com
Kyle T. Deighan
kdeighan@sidley.com
SIDLEY AUSTIN, LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

January 23, 2014