IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TUXIS TECHNOLOGIES, LLC, )<br>)<br>Plaintiff, )<br>)<br>-vs.- )<br>)<br>AMAZON.COM, INC., )<br>)<br>Defendant. )<br>) | The Honorable Richard G. Andrews<br><br>Case No. 1:13-cv-01771-RGA |

## **ORDER**

This _____ day of _____, 2014, Defendant Amazon.com, Inc. having moved to dismiss the complaint in the above action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Defendant's motion is granted, and that the complaint is dismissed with prejudice.

_____
Hon. Richard G. Andrews
United States District Judge

{00825044;v1 }