# EXHIBIT D

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **1.** A method for providing offers in real time of an item constituting a good or a service in the form of offers for purchase of the item to prospective customers as users of the system, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing a communication via the electronic communications device between the user and the system for purpose of a user initiated primary transaction for purchase of a specific good or service, | |
| obtaining primary transaction data with respect to the primary transaction, including the identity of the prospective customer and of the good or service for purchase in the primary transaction, | |
| generating an upsell offer as a result of the user initiated primary transaction by: | |
| utilizing the identity of the prospective customer to obtain at least a second data element relating to the user, | |
| utilizing at least in part the primary transaction data including the identity of the good or service of the primary transaction and the second data element and determining at least one item for a prospective upsell transaction with the prospective customer, and | |
| offering the item to the prospective customer and receiving an acceptance of the offer from at least one user in real time during the course of the user initiated communication. | |
| **2.** The method of claim 1 wherein the identification data includes user specific data. | Mere data-gathering |
| **3.** The method of claim 2 wherein the user specific data includes the user's social security number. | Mere data-gathering |
| **4.** The method of claim 2 wherein the user specific data includes the user's electronic address. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **5.** The method of claim 4 wherein the user's electronic address includes an electronic mail (e-mail) address. | Mere data-gathering |
| **6.** The method of claim 4 wherein the user's electronic address includes an internet service provider identification. | Mere data-gathering |
| **7.** The method of claim 2 wherein the user specific data includes the user's customer number. | Mere data-gathering |
| **8.** The method of claim 2 wherein the user specific data includes the user's electronic signature. | Mere data-gathering |
| **9.** The method of claim 2 wherein the user specific data includes the user's billing data. | Mere data-gathering |
| **10.** The method of claim 9 wherein the user's billing data includes a credit card number. | Mere data-gathering |
| **11.** The method of claim 9 wherein the user's billing data includes a debit card number. | Mere data-gathering |
| **12.** The method of claim 2 wherein the user specific data includes the user's PIN. | Mere data-gathering |
| **13.** The method of claim 2 wherein the user specific data includes the user's name. | Mere data-gathering |
| **14.** The method of claim 2 wherein the user specific data includes the user's address. | Mere data-gathering |
| **15.** The method of claim 1 wherein the primary transaction data includes user local identification data. | Mere data-gathering |
| **16.** The method of claim 15 wherein the user local identification data is a user's telephone number. | Mere data-gathering |
| **17.** The method of claim 1 wherein the electronic communications device is telephonic communication. | Generic computerization<br><br>Field of use limitation |
| **18.** The method of claim 1 wherein the electronic communications device is communication through an electronic communication network. | Generic computerization<br><br>Field of use limitation |
| **19.** The method of claim 18 wherein the electronic communication network is the internet. | Generic computerization<br><br>Field of use limitation |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **20.** The method of claim 1 wherein the second data element includes demographic information. | Mere data-gathering |
| **21.** The method of claim 20 wherein the demographic information includes an indication of the user's age. | Mere data-gathering |
| **22.** The method of claim 20 wherein the demographic information includes an indication of the user's sex. | Mere data-gathering |
| **23.** The method of claim 20 wherein the demographic information includes an indication of the user's income. | Mere data-gathering |
| **24.** The method of claim 20 wherein the demographic information includes an indication of the user's occupation. | Mere data-gathering |
| **25.** The method of claim 20 wherein the demographic information includes an indication of the user's education level. | Mere data-gathering |
| **26.** The method of claim 20 wherein the demographic information includes an indication of the user's family status. | Mere data-gathering |
| **27.** The method of claim 20 wherein the demographic information includes an indication of the user's lifestyle. | Mere data-gathering |
| **28.** The method of claim 20 wherein the demographic information includes an indication of the user's interests. | Mere data-gathering |
| **29.** The method of claim 20 wherein the demographic information includes a coded indication for the user. | Mere data-gathering |
| **30.** The method of claim 1 wherein the second data element includes credit data. | Mere data-gathering |
| **31.** The method of claim 30 wherein the credit data includes credit data for both the primary transaction and the prospective upsell transaction, the credit data for both the primary transaction and the prospective upsell transactions being obtained at the same time. | Token extra-solution activity or component |
| **32.** The method of claim 1 wherein at least certain of the obtained information includes inventory data. | Mere data-gathering |
| **33.** The method of claim 1 wherein at least certain of the obtained information includes possession data. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **34.** The method of claim 33 wherein at least certain of the possession data includes set data. | Mere data-gathering |
| **35.** The method of claim 34 wherein the set data includes data relating to household items. | Mere data-gathering |
| **36.** The method of claim 1 wherein at least certain of the second data element is obtained from a local database. | Mere data-gathering |
| **37.** The method of claim 36 wherein the database provides raw data. | Mere data-gathering |
| **38.** The method of claim 36 wherein the database provides analyzed data. | Mere data-gathering |
| **39.** The method of claim 1 wherein at least certain of the second data element is obtained from a remote database. | Mere data-gathering |
| **40.** The method of claim 39 wherein the database provides raw data. | Mere data-gathering |
| **41.** The method of claim 39 wherein the database provides analyzed data. | Mere data-gathering |
| **42.** The method of claim 1 wherein at least certain of the second data element is obtained from a calendar. | Mere data-gathering |
| **43.** The method of claim 1 wherein at least certain of the second data element is obtained from a clock. | Mere data-gathering |
| **44.** The method of claim 1 wherein the system further includes the step of correlating at least certain of the primary transaction data with other identification data. | Token extra-solution activity or component |
| **45.** The method of claim 1 wherein the system further includes the step of correlating at least certain of the primary transaction data with other designators for database accessing. | Token extra-solution activity or component |
| **46.** The method of claim 1 wherein negative rules are applied in the step of determining the at least one good or service item for prospective upsell to the prospective customer. | Token extra-solution activity or component |
| **47.** The method of claim 46 wherein the negative rule includes not offering for upsell an item determined to already be possessed by the user. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **48.** The method of claim 1 wherein the step of determining the at least one good or service item is performed in automatic response to the occurrence of a primary transaction. | Token extra-solution activity or component |
| **49.** The method of claim 1 wherein the transaction type of the primary transaction is different from the upsell transaction. | Token extra-solution activity or component |
| **50.** The method of claim 49 wherein the primary transaction is a sales transaction and the upsell is a service transaction. | Token extra-solution activity or component |
| **51.** The method of claim 49 wherein the primary transaction is a sales transaction and the upsell is a sales transaction. | Token extra-solution activity or component |
| **52.** The method of claim 1 wherein the step of determining results in determining more than one good or service item for offer to the user. | Token extra-solution activity or component |
| **53.** The method of claim 52 wherein the more than one good or service is presented for selective presentation to the user. | Token extra-solution activity or component |
| **54.** The method of claim 53 wherein the selection as to presentation is made by the system. | Token extra-solution activity or component |
| **55.** The method of claim 53 wherein the selection as to presentation is made by the user. | Token extra-solution activity or component |
| **56.** The method of claim 1 wherein the primary transaction is consummated. | Token extra-solution activity or component |
| **57.** The method of claim 1 wherein the upsell transaction supplants the primary transaction. | Token extra-solution activity or component |
| **58.** The method of claim 1 where both the primary transaction and the upsell transaction are consummated. | Token extra-solution activity or component |
| **59.** The method of claim 1 wherein the offering of the item includes a graphical depiction of the item. | Token extra-solution activity or component |
| **60.** The method of claim 59 wherein the graphical depiction includes a still image of the item. | Token extra-solution activity or component |
| **61.** The method of claim 59 wherein the graphical depiction includes motion. | Token extra-solution activity or component |
| **62.** The method of claim 1 wherein the offering of the item includes audio. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **63.** The method of claim 1 wherein the offering includes both audio and a graphical depiction of the item. | Token extra-solution activity or component |
| **64.** The method of claim 1 wherein the offering includes a video feed. | Token extra-solution activity or component |
| **65.** The method of claim 64 wherein the video feed includes an image of an operator assisting the user. | Token extra-solution activity or component |
| **66.** The method of claim 65 wherein the operator is a live telemarketing operator. | Token extra-solution activity or component |
| **67.** The method of claim 1 wherein the system offers the item for prospective upsell to the prospective customer. | Generic computerization<br><br>Merely breaking up an abstract idea into its constituent steps |
| **68.** The method of claim 67 wherein the system receives an acceptance of the offer. | Token extra-solution activity or component |
| **69.** The method of claim 1 wherein the identity of the user includes the user's credit card number. | Mere data-gathering |
| **70.** The method of claim 1 wherein the primary transaction data includes multiple individual items of identification data. | Mere data-gathering |
| **71.** The method of claim 70 wherein the multiple individual items of identification data include billing data. | Mere data-gathering |
| **72.** The method of claim 71 wherein the billing data is credit card data. | Mere data-gathering |
| **73.** The method of claim 1 wherein the primary transaction data is obtained at least in part from the user. | Mere data-gathering |
| **74.** The method of claim 73 wherein said data is obtained from the user during a preliminary phase. | Mere data-gathering |
| **75.** The method of claim 73 wherein said data is obtained from the user during a registration phase. | Mere data-gathering |
| **76.** The method of claim 73 wherein said data is obtained from the user in response to specific questions. | Mere data-gathering |
| **77.** The method of claim 73 wherein said data is obtained in an interactive manner. | Mere data-gathering |
| **78.** The method of claim 73 wherein said data is obtained through an interactive approach. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **79.** The method of claim 73 wherein the primary transaction data obtained from the user is other than identity data. | Mere data-gathering |
| **80.** The method of claim 1 wherein the primary or prospective upsell transaction include purchase payment data. | Mere data-gathering |
| **81.** The method of claim 1 wherein the second data element is obtained from third party data. | Mere data-gathering |
| **82.** The method of claim 81 wherein the third party data is credit card data. | Mere data-gathering |
| **83.** The method of claim 81 wherein the third party data is resident at the local database. | Mere data-gathering |
| **84.** The method of claim 81 wherein the third party data is combined with local database data. | Mere data-gathering |
| **85.** The method of claim 1 wherein the identity of the prospective customer is further used to access third party data to obtain another data element relating to the user, the said another data element being utilized in the said determining of at least one item for a prospective upsell transaction with the prospective customer. | Mere data-gathering |
| **86.** The method of claim 85 wherein the third party data is external to the system. | Mere data-gathering |
| **87.** The method of claim 85 wherein the third party data is combined with local database data. | Mere data-gathering |
| **88.** The method of claim 1 wherein at least one of the primary transactions and upsell transactions are consummated. | Token extra-solution activity or component |
| **89.** The method of claim 88 wherein if a transaction is consummated, shipping of the item is effected. | Token extra-solution activity or component |
| **90.** The method of claim 89 wherein if an item is shipped, user accessible tracking information is generated. | Token extra-solution activity or component |
| **91.** The method of claim 88 wherein if a transaction is consummated, billing for the item is effected. | Token extra-solution activity or component |
| **92.** The method of claim 88 wherein if a transaction is consummated, inventory information regarding the item is updated. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **93.** The method of claim 1 wherein data relating to the upsell is utilized in future determination of upsells. | Token extra-solution activity or component |
| **94.** A system for providing offers in real time of an item constituting a good or a service in the form of offers for purchase of the item to prospective customers as users of the system, utilizing an electronic communications device, comprising: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| an interface for establishing a user initiated communication via the electronic communications device between the user and the system for purpose of a primary transaction for purchase of a specific good or service, | |
| an input collection system for obtaining primary transaction data with respect to the primary transaction, including an identification data unit to obtain the identity of the prospective customer and of the good or service for purchase in the primary transaction, | |
| a data access system utilizing the identity of the prospective customer to obtain at least a second data element relating to the user, | |
| an upsell determining unit responsive to the user initiated primary transaction utilizing at least in part the primary transaction data including the identity of the good or service of the primary transaction and the second data element for determining at least one item for a prospective upsell transaction with the prospective customer, and | |
| a communication system for offering the item to the prospective customer in real time during the course of the user initiated communication and receiving an acceptance of the offer from at least one user. | |
| **95.** The system of claim 94 wherein the identification data unit receives user specific data. | Mere data-gathering |
| **96.** The method of claim 95 wherein the user specific data includes the user's social security number. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **97.** The system of claim 95 wherein the user specific data includes the user's electronic address. | Mere data-gathering |
| **98.** The method of claim 97 wherein the user's electronic address includes an electronic mail (e-mail) address. | Mere data-gathering |
| **99.** The method of claim 97 wherein the user's electronic address includes an internet service provider identification. | Mere data-gathering |
| **100.** The method of claim 95 wherein the user specific data includes the user's customer number. | Mere data-gathering |
| **101.** The method of claim 95 wherein the user specific data includes the user's electronic signature. | Mere data-gathering |
| **102.** The method of claim 95 wherein the user specific data includes the user's billing data. | Mere data-gathering |
| **103.** The method of claim 102 wherein the user's billing data includes a credit card number. | Mere data-gathering |
| **104.** The method of claim 102 wherein the user's billing data includes a debit card number. | Mere data-gathering |
| **105.** The method of claim 95 wherein the user specific data includes the user's PIN. | Mere data-gathering |
| **106.** The system of claim 94 wherein the identification data unit receives user local identification data. | Mere data-gathering |
| **107.** The method of claim 106 wherein the user local identification data is a user's telephone number. | Mere data-gathering |
| **108.** The system of claim 94 wherein the electronic communications device is a telephonic communication device. | Generic computerization<br><br>Field of use limitation |
| **109.** The method of claim 108 wherein the telephonic communication device is a touch tone phone. | Generic computerization<br><br>Token extra-solution activity or component |
| **110.** The method of claim 108 wherein the telephonic communication device is a videophone. | Generic computerization<br><br>Field of use limitation |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **111.** The system of claim 94 wherein the electronic communications device is communication through an electronic communication network. | Generic computerization<br><br>Field of use limitation |
| **112.** The method of claim 111 wherein the electronic communication network is the internet. | Generic computerization<br><br>Field of use limitation |
| **113.** The system of claim 94 wherein the second data element includes demographic information. | Mere data-gathering |
| **114.** The method of claim 113 wherein the demographic information includes an indication of the user's age. | Mere data-gathering |
| **115.** The method of claim 113 wherein the demographic information includes an indication of the user's sex. | Mere data-gathering |
| **116.** The method of claim 113 wherein the demographic information includes an indication of the user's income. | Mere data-gathering |
| **117.** The method of claim 113 wherein the demographic information includes an indication of the user's occupation. | Mere data-gathering |
| **118.** The method of claim 113 wherein the demographic information includes an indication of the user's education level. | Mere data-gathering |
| **119.** The method of claim 113 wherein the demographic information includes an indication of the user's family status. | Mere data-gathering |
| **120.** The method of claim 113 wherein the demographic information includes an indication of the user's lifestyle. | Mere data-gathering |
| **121.** The method of claim 113 wherein the demographic information includes an indication of the user's interests. | Mere data-gathering |
| **122.** The method of claim 113 wherein the demographic information includes a coded indication for the user. | Mere data-gathering |
| **123.** The system of claim 94 wherein the second data element includes credit data. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **124.** The system of claim 123 wherein the credit data includes credit data for both the primary transaction and the prospective upsell transaction, and where the credit data for the prospective upsell transaction is obtained while obtaining the credit data for the primary transaction. | Token extra-solution activity or component<br><br>Mere data-gathering |
| **125.** The system of claim 94 wherein at least certain of the obtained information includes inventory data. | Mere data-gathering |
| **126.** The system of claim 94 wherein at least certain of the obtained information includes possession data. | Mere data-gathering |
| **127.** The method of claim 126 wherein at least certain of the possession data includes set data. | Mere data-gathering |
| **128.** The method of claim 127 wherein the set data includes data relating to household items. | Mere data-gathering |
| **129.** The system of claim 94 wherein at least certain of the second data element is obtained from a local database. | Mere data-gathering |
| **130.** The method of claim 129 wherein the database provides raw data. | Mere data-gathering |
| **131.** The method of claim 129 wherein the database provides analyzed data. | Mere data-gathering |
| **132.** The system of claim 94 wherein at least certain of the second data element is obtained from a remote database. | Mere data-gathering |
| **133.** The method of claim 132 wherein the database provides raw data. | Mere data-gathering |
| **134.** The method of claim 132 wherein the database provides analyzed data. | Mere data-gathering |
| **135.** The system of claim 94 wherein at least certain of the second data element is obtained from a calendar. | Mere data-gathering |
| **136.** The system of claim 94 wherein at least certain of the second data element is obtained from a clock. | Mere data-gathering |
| **137.** The system of claim 94 wherein the system further includes a correlating unit for correlating at least certain of the primary transaction data with other identification data. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **138.** The system of claim 94 wherein the system further includes a correlating unit for correlating at least certain of the primary transaction data with other designators for database accessing. | Token extra-solution activity or component |
| **139.** The system of claim 94 wherein the determining unit applies negative rules when the at least one good or service item for prospective upsell to the prospective customer is selected. | Token extra-solution activity or component |
| **140.** The method of claim 139 wherein the negative rule includes not offering for upsell an item determined to already be possessed by the user. | Token extra-solution activity or component |
| **141.** The system of claim 94 wherein the determining unit for determining the at least one good or service item is performed in automatic response to the occurrence of a primary transaction. | Token extra-solution activity or component |
| **142.** The system of claim 94 wherein the transaction type of the primary transaction is different from the upsell transaction. | Token extra-solution activity or component |
| **143.** The system of claim 142 wherein the primary transaction is a sales transaction and the upsell is a service transaction. | Token extra-solution activity or component |
| **144.** The method of claim 142 wherein the primary transaction is a sales transaction and the upsell is a sales transaction. | Token extra-solution activity or component |
| **145.** The system of claim 94 wherein the determining unit generates more than one good or service item for offer to the user. | Token extra-solution activity or component |
| **146.** The method of claim 145 wherein the more than one good or service is presented for selective presentation to the user. | Token extra-solution activity or component |
| **147.** The system of claim 146 wherein the selection as to presentation is made by the system. | Token extra-solution activity or component |
| **148.** The system of claim 147 wherein the selection as to presentation is made by the user. | Token extra-solution activity or component |
| **149.** The system of claim 94 wherein the primary transaction is consummated. | Token extra-solution activity or component |
| **150.** The system of claim 94 wherein the upsell transaction is consummated. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **151.** The system of claim 94 wherein the upsell transaction supplants the primary transaction. | Token extra-solution activity or component |
| **152.** The system of claim 94 where both the primary transaction and the upsell transaction are consummated. | Token extra-solution activity or component |
| **153.** The system of claim 94 where at least one of the primary transaction and upsell transaction are consummated. | Token extra-solution activity or component |
| **154.** The system of claim 153 wherein if a transaction is consummated, a shipping unit effects shipping of the item. | Token extra-solution activity or component |
| **155.** The system of claim 154 wherein if an item is shipped, a tracking unit provides user accessible tracking information. | Token extra-solution activity or component |
| **156.** The system of claim 153 wherein if a transaction is consummated, a billing unit effects billing for the item. | Token extra-solution activity or component |
| **157.** The system of claim 153 wherein if a transaction is consummated, an inventory unit updates information regarding the item. | Token extra-solution activity or component |
| **158.** The system of claim 94 wherein data relating to the upsell is provided to the determining unit and utilized in future determination of upsells. | Mere data-gathering |
| **159.** A method for the real time, intelligent selection of information for provision to users of a system, in a remote communication environment, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the electronic communications device between the user and the system for purpose of a user initiated initial transaction, | |
| obtaining transaction data with respect to the user from the initial transaction, including at least certain information regarding the identity of the user, | |
| selecting said information for provision to the user as a result of the user initiated initial transaction, comprising the steps of: | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| utilizing the identity of the user to access one or more databases to obtain at least two second data elements, each relating to the user, at least one second data element containing third party data, | |
| utilizing at least in part the transaction data and the second data elements to for selecting the information for provision to users of the system, and | |
| providing the information to the user in real time during the course of the communication. | |
| **160.** The method for the real time, intelligent selection of information for provision to users of the system of claim 159 wherein the information relates to goods. | Token extra-solution activity or component |
| **161.** The method for the real time, intelligent selection of information for provision to users of the system of claim 159 wherein the information relates to services. | Token extra-solution activity or component |
| **162.** The method for the real time, intelligent selection of information for provision to users of the system of claim 159 wherein the information constitutes an offer of an upsell transaction. | Abstract idea broken into its constituent steps |
| **163.** The method of claim 159 wherein the initial transaction data includes transaction type data. | Mere data-gathering |
| **164.** The method of claim 163 wherein the transaction type data indicates a purchase transaction. | Mere data-gathering |
| **165.** The method of claim 163 wherein the transaction type data indicates a service transaction. | Mere data-gathering |
| **166.** The method of claim 163 wherein the initial transaction data includes initial transaction goods data. | Mere data-gathering |
| **167.** The method of claim 163 wherein the initial transaction data includes initial transaction service data. | Mere data-gathering |
| **168.** The method of claim 159 wherein the information provided to the user includes a graphical depiction of an item. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **169.** The method of claim 168 wherein the graphical depiction includes a still image of the item. | Token extra-solution activity or component |
| **170.** The method of claim 168 wherein the graphical depiction includes motion. | Token extra-solution activity or component |
| **171.** The method of claim 159 wherein the information regarding the identity of the user includes user specific data. | Mere data-gathering |
| **172.** The method of claim 171 wherein the user specific data includes the user's social security number. | Mere data-gathering |
| **173.** The method of claim 171 wherein the user specific data includes the user's name. | Mere data-gathering |
| **174.** The method of claim 171 wherein the user specific data includes the user's address. | Mere data-gathering |
| **175.** The method of claim 171 wherein the user specific data includes the user's electronic address. | Mere data-gathering |
| **176.** The method of claim 175 wherein the user's electronic address includes an electronic mail (e-mail) address. | Mere data-gathering |
| **177.** The method of claim 175 wherein the user's electronic address includes an internet service provider identification. | Mere data-gathering |
| **178.** The method of claim 171 wherein the user specific data includes the user's customer number. | Mere data-gathering |
| **179.** The method of claim 159 wherein at least one second data element is obtained from a local database. | Mere data-gathering |
| **180.** The method of claim 179 wherein the local database provides raw data. | Mere data-gathering |
| **181.** The method of claim 179 wherein the local database provides processed data. | Mere data-gathering |
| **182.** The method of claim 179 wherein the local database provides a coded designator. | Mere data-gathering |
| **183.** The method of claim 179 wherein the local database provides analyzed data. | Mere data-gathering |
| **184.** The method of claim 179 wherein two second data elements including third party data are obtained from a local database. | Mere data-gathering |
| **185.** The method of claim 159 wherein at least one second data element is obtained from a remote database. | Mere data-gathering |

15

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **186.** The method of claim 185 wherein the remote database provides raw data. | Mere data-gathering |
| **187.** The method of claim 185 wherein the remote database provides processed data. | Mere data-gathering |
| **188.** The method of claim 185 wherein the remote database provides a coded designator. | Mere data-gathering |
| **189.** The method of claim 185 wherein the remote database provides analyzed data. | Mere data-gathering |
| **190.** The method of claim 159 wherein the third party data is combined with local database data. | Mere data-gathering |
| **191.** The method of claim 159 wherein the third party data is credit card data. | Mere data-gathering |
| **192.** The method of claim 159 wherein the third party data is third party owned data. | Mere data-gathering |
| **193.** The method of claim 159 wherein the third party data is third party provided data. | Mere data-gathering |
| **194.** The method of claim 159 wherein the communication involves the Internet. | Generic computerization<br><br>Field of use limitation |
| **195.** The method of claim 159 wherein the system includes a telemarketing operation. | Field of use limitation |
| **196.** The method of claim 159 wherein the information is provided from the system to the user in real time. | Generic computerization |
| **197.** The method of claim 159 wherein the third party data is combined with the system's database. | Mere data-gathering |
| **198.** A method for providing offers in real time of an item constituting a good or a service in the form of offers for purchase of the item to prospective customers as users of the system utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication between a user of the system and the electronic system for purpose of a user initiated primary transaction, | |
| obtaining primary transaction data with respect to the transaction, including the identity of the prospective customer and the purpose of the primary transaction, | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| generating an offer for purchase of said item as the result of the user initiated primary transaction by: | |
| utilizing the identity of the prospective customer to obtain at least a second data element relating to the user, | |
| utilizing at least in part the primary transaction data including information relating to the purpose of the primary transaction and the second data element for determining at least one good or service item for prospective upsell to the prospective customer, | |
| determining characteristics of the user based at least in part upon the communication between the user of the system and the electronic system, and | |
| determining the mode of presentation for the user based at least in part on the determined characteristics of the user, and | |
| presenting the offer to the user in the determined mode in real time during the communication. | |
| **199.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's demographic information. | Token extra-solution activity or component |
| **200.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's age. | Token extra-solution activity or component |
| **201.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's sex. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **202.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's income. | Token extra-solution activity or component |
| **203.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's occupation. | Token extra-solution activity or component |
| **204.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's education level. | Token extra-solution activity or component |
| **205.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's family status. | Token extra-solution activity or component |
| **206.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's lifestyle. | Token extra-solution activity or component |
| **207.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's interests. | Token extra-solution activity or component |
| **208.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's coded indication. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **209.** The method for the presentation of information to users of an electronic system of claim 198 wherein the mode of presentation for the user differs from the mode of presentation to other users based on the user's credit data. | Token extra-solution activity or component |
| **210.** A method for the real-time presentation of information to users of a system, in a remote communication environment, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Token extra-solution activity or component |
| establishing communication via the electronic communication device between the user and the system for purpose of a purchase transaction, | |
| selecting a second potential purchase transaction for presentation to the user, | |
| providing a presentation from the system in real time during the course of the communication to the user of information relating to the second potential transaction, the presentation to the user including textual information data and at least one graphical depiction relating to the second potential transaction, and | |
| receiving an acceptance from the user at the system whereby a transaction is then consummated between the user and the system. | |
| **211.** The method of claim 210 for the real time presentation of information to users of a system further including audio communication. | Generic computerization<br><br>Field of use limitation |
| **212.** The method of claim 211 for the real time presentation of information to users of a system wherein the audio communication is one-way communication. | Generic computerization<br><br>Field of use limitation |
| **213.** The method of claim 212 for the real time presentation of information to users of a system wherein the audio communication is from the system to the user. | Generic computerization<br><br>Field of use limitation |
| **214.** The method of claim 212 for the real time presentation of information to users of a system wherein the audio communication is from the user to the system. | Generic computerization<br><br>Field of use limitation |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **215.** The method of claim 211 for the real time presentation of information to users of a system wherein the audio communication is two-way communication. | Generic computerization<br><br>Field of use limitation |
| **216.** The method of claim 210 for the real time presentation of information to users of a system wherein the graphical depiction includes a still image. | Token extra-solution activity or component |
| **217.** The method of claim 210 for the real time presentation of information to users of a system wherein the graphical depiction includes motion. | Token extra-solution activity or component |
| **218.** The method of claim 217 for the real time presentation of information to users of a system wherein the graphical depiction includes video. | Token extra-solution activity or component |
| **219.** The method of claim 218 for the real time presentation of information to users of a system wherein the video includes video of the goods comprising the second potential transaction. | Token extra-solution activity or component |
| **220.** The method of claim 217 wherein the real time presentation further includes audio. | Token extra-solution activity or component |
| **221.** A method for the real-time presentation of information to users of a system, in a remote communication environment, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Token extra-solution activity or component |
| establishing communication via the electronic communication device between the user and the system for purpose of a user initiated purchase transaction, | |
| selecting a second potential purchase transaction as a result of the user initiated purchase transaction for presentation to the user, | |
| providing a presentation from the system in real time during the course of communication to the user of information and an offer relating to the second potential transaction, the presentation to the user including textual information data and at least one dynamic video depiction relating to the second potential transaction, and | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| receiving an acceptance of the offer from at least one user of the system. | |
| **222.** The method of claim 221 for the real time presentation of information to users of a system further including audio communication. | Generic computerization<br><br>Field of use limitation |
| **223.** The method of claim 222 for the real time presentation of information to users of a system wherein the audio communication is one-way communication. | Generic computerization<br><br>Field of use limitation |
| **224.** The method of claim 222 for the real time presentation of information to users of a system wherein the audio communication is from the system to the user. | Generic computerization<br><br>Field of use limitation |
| **225.** The method of claim 222 for the real time presentation of information to users of a system wherein the audio communication is from the user to the system. | Generic computerization<br><br>Field of use limitation |
| **226.** The method of claim 222 for the real time presentation of information to users of a system wherein the audio communication is two-way communication. | Generic computerization<br><br>Field of use limitation |
| **227.** The method of claim 221 for the real time presentation of information to users of a system wherein the video includes video of the goods comprising the second potential transaction. | Token extra-solution activity or component |
| **228.** A method for the real time, intelligent selection of information for provision to users of a system, in a remote communication environment, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the electronic communications device between the user and the system for purpose of a user initiated initial transaction, | |
| obtaining transaction data with respect to the user from the initial transaction, including at least certain information regarding the identity of the user, | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| utilizing the identity of the user to access at least two sets of data, at least one set containing third party data, the at least two sets of data being combined within the system, | |
| obtaining from each set at least a second data element relating to the user, | |
| utilizing at least in part the transaction data and the second data elements to select the information for provision to users of the system, and | |
| providing the information to the user in real time during the course of the communication. | |
| **229.** The method for the real-time, intelligent selection of information for provision to users of the system of claim 228 wherein the information relates to goods. | Token extra-solution activity or component |
| **230.** The method for the real-time, intelligent selection of information for provision to users of the system of claim 228 wherein the information relates to services. | Token extra-solution activity or component |
| **231.** The method of claim 228 wherein the initial transaction data includes transaction type data. | Mere data-gathering |
| **232.** The method of claim 231 wherein the transaction type data indicates a purchase transaction. | Mere data-gathering |
| **233.** The method of claim 231 wherein the transaction type data indicates a service transaction. | Mere data-gathering |
| **234.** The method of claim 231 wherein the primary transaction data includes primary transaction goods data. | Mere data-gathering |
| **235.** The method of claim 231 wherein the primary transaction data includes primary transaction service data. | Mere data-gathering |
| **236.** The method of claim 228 wherein the information provided to the user includes a graphical depiction of an item. | Token extra-solution activity or component |
| **237.** The method of claim 236 wherein the graphical depiction includes a still image of the item. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **238.** The method of claim 236 wherein the graphical depiction includes motion. | Token extra-solution activity or component |
| **239.** The method of claim 228 wherein the transaction data regarding the identity of the user includes user specific data. | Mere data-gathering |
| **240.** The method of claim 228 wherein at least certain of the second data element is obtained from a local database. | Mere data-gathering |
| **241.** The method of claim 240 wherein the database provides raw data. | Mere data-gathering |
| **242.** The method of claim 240 wherein the database provides analyzed data. | Mere data-gathering |
| **243.** The method of claim 228 wherein at least certain of the second data element is obtained from a remote database. | Mere data-gathering |
| **244.** The method of claim 243 wherein the database provides raw data. | Mere data-gathering |
| **245.** The method of claim 243 wherein the database provides analyzed data. | Mere data-gathering |
| **246.** The method of claim 228 wherein the second data element is obtained from third party data. | Mere data-gathering |
| **247.** The method of claim 246 wherein the third party data is credit card data. | Mere data-gathering |
| **248.** The method of claim 246 wherein the third party data is resident at the local database. | Mere data-gathering |
| **249.** The method of claim 246 wherein the third party data is combined with local database data. | Mere data-gathering |
| **250.** The method of claim 228 wherein the identity of the prospective customer is further used to access third party data to obtain another data element relating to the user, the said another data element being utilized in the said determining of at least one item for prospective upsell to the prospective customer. | Mere data-gathering |
| **251.** The method of claim 250 wherein the third party data is external to the system. | Mere data-gathering |
| **252.** The method of claim 250 wherein the third party data is combined with local database data. | Mere data-gathering |
| **253.** The method of claim 228 wherein the third party data is third party owned data. | Mere data-gathering |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **254.** The method of claim 228 wherein the third party data is third party provided data. | Mere data-gathering |
| **255.** A method for providing offers and receiving acceptances in real time to effect a transaction regarding an item constituting a good or a service between prospective customers as users of the system and the system, utilizing an electronic communications device, including a computer, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the Internet between the user's computer and the system for purpose of a primary transaction comprising an Internet purchase transaction, | |
| obtaining primary transaction data with respect to the transaction including the identity of the prospective customer, | |
| utilizing the identity of the prospective customer to obtain at least a second data element relating to the user, | |
| utilizing at least in part the primary transaction data and the second data element in determining at least one good or service item for a prospective upsell transaction with the prospective customer, | |
| offering from the system via the Internet to the prospective customer on the user's computer the item in real time during the course of the communication, and | |
| receiving an acceptance of the offer from at least one user via the Internet to the system so as to consummate the transaction. | |
| **256.** The method of claim 255 wherein the user provides at least certain of the primary transaction date to the system. | Mere data-gathering |
| **257.** The method of claim 256 wherein the user provides credit information. | Mere data-gathering |
| **258.** The method of claim 257 wherein the credit information is used for both the primary transaction and the prospective upsell transaction. | Token extra-solution activity or component |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| **259.** A method for providing offers and receiving acceptances in real time to effect a transaction regarding an item constituting a good or a service between prospective customers as users of the system and the system, utilizing an electronic communications device, including a computer, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the Internet between the user's computer and the system for purpose of a primary transaction comprising an Internet purchase transaction, | |
| obtaining primary transaction data with respect to the transaction, including the identity of the prospective customer, | |
| obtaining at least a second data element relating to the user, | |
| utilizing at least in part the primary transaction data and the second data element in determining at least one good or service item for prospective upsell to the prospective customer, | |
| displaying from the system via the Internet an image of the item to the prospective customer on the user's computer in real time during the course of the communication, and | |
| receiving an acceptance of the offer from at least one user via the Internet to the system to consummate the transaction. | |
| **260.** A method for providing offers in real time during a telemarketing transaction of an item constituting a good or a service in the form of offers for purchase of the item, from a live operator associated with the system to prospective customers as users of the system, utilizing an electronic communications device, over a network capable of automatically supplying user identification information, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the electronic communications device between the user and the telemarketing system for purpose of a primary transaction, | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| obtaining primary transaction data with respect to the transaction, including identification data automatically provided from the network for determining the identity of the prospective customer, | |
| utilizing the identity of the prospective customer to obtain at least a second data element relating to the user, | |
| utilizing at least in part the second data element for determining at least one good or service item for prospective upsell to the prospective customer, and | |
| offering the item by said line operator associated the telemarketing system to the prospective customer via the electronic communications device in real time during the course of the communication and receiving an acceptance of the offer from at least one user of the system. | |
| **261.** The method of claim 260 for providing offers in real time wherein the user identification is Automatic Number Identification (ANI). | Mere data-gathering |
| **262.** The method of claim 260 for providing offers in real time wherein the user identification is caller identification. | Mere data-gathering |
| **263.** A method for providing offers in real time during an electronic commerce transaction of an item constituting a good or a service in the form of offers for purchase of the item, from a live operator associated with the system to potential customers as users of the system, utilizing an electronic communications device, comprising the steps of: | Generic computerization<br><br>Abstract idea broken into its constituent steps<br><br>Mere data-gathering |
| establishing communication via the electronic communications device between the user and the system for purpose of a primary transaction, | |
| obtaining primary transaction data with respect to the transaction, including data for determining the identity of the prospective customer, | |

| Claim Language | Exemplary Bases For Ineligibility Under § 101 |
|---|---|
| utilizing the identity of the prospective customer for obtaining at least a second data element relating to the user, | |
| utilizing the primary transaction data including the identity of the prospective customer and the second data element for determining at least one good or service item for prospective upsell to the prospective customer, | |
| displaying a to the live operator regarding the item for prospective upsell on a terminal attended by an operator associated with the system, and | |
| offering the item from the system to the prospective customer via the electronic communications device in real time during the course of the transaction. | |
| **264.** The method of claim 263 for providing offers in real time during a transaction wherein the primary transaction is a purchase transaction. | Token extra-solution activity or component |
| **265.** The method of claim 263 wherein the primary transaction is an internet transaction. | Generic computerization<br><br>Field of use limitation |
| **266.** The method of claim 263 wherein is a telemarketing transaction is a telemarketing transaction. | Field of use limitation |
| **267.** The method of claim 263 wherein the live operator is a telemarketing operator. | Field of use limitation |